# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

————————————————

No. 1D17-3567

————————————————

SHACOBI WILLIAMS,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

————————————————

Petition for Belated Appeal—Original Jurisdiction.

June 7, 2018

PER CURIAM.

The petition for belated appeal is denied on the merits.

WOLF, LEWIS, and RAY, JJ., concur.

————————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

————————————————

Shacobi Williams, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.